# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHELDON SMITH,

        Petitioner,    :    Case No. 3:13-cv-330

  - vs -                          District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
  Institution,

                                  :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the Respondent's Motion to Dismiss (Doc. No. 5) is DENIED.

June 25, 2014                              *s/Thomas M. Rose

                                                      Thomas M. Rose
                                               United States  District Judge